| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510)637-3705 |
| 7 | Fax: (510)637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00554 MJJ |
| Plaintiff, | ) | |
| | ) | SUBSTITUTION OF ATTORNEY |
| v. | ) | GRANTED |
| MARCUS SEWELL, | ) | |
| Defendant. | ) | |

Please take notice that as of October 31, 2006, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

> Assistant U.S. Attorney Michelle Morgan-Kelly
> 1301 Clay Street, Suite 340S
> Oakland, CA 94612
> Telephone: (510) 637-3705
> Michelle.Morgan-Kelly @ usdoj.gov

DATED: October 31, 2006         Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

GRANTED
Judge Martin J. Jenkins
11/6/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA