SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3680
  Facsimile:  (510) 637-3724
  E-mail:     Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00554 MJJ |
|---|---|---|
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO RE-SET SENTENCING OF MATTER FROM NOVEMBER 9, 2007 UNTIL JANUARY 18, 2008 |
| v. | ) | |
| MARCUS SEWELL, | ) | Date:        November 9, 2007<br>Time:       2:30 p.m.<br>Courtroom: Hon. Martin J. Jenkins |
| Defendant. | ) | |

    For the reasons set forth in the parties' Stipulation To Re-Set Sentencing Of Matter From November 9, 2007 Until January 18, 2008, good cause appearing therefor

    **IT IS HEREBY ORDERED** that the sentencing in this matter is re-set to January 18, 2008 at 2:30 p.m.

DATED:   10/10/07

_____
MARTIN J. JENKINS
United States District Judge

*/s/ Martin J. Jenkins*

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET SENTENCING
CR 06-00554 MJJ