1   DAVID L. ANDERSEN (S.B. NO. 50010)
    ANDERSEN & ZIMMER
2   385 GRAND AVENUE, SUITE 300
    OAKLAND, CA 94610
3   (510)835-4952 FAX (510)835-4958

4   ATTORNEY FOR MARCUS SEWELL

5                   **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
6                     **SAN FRANCISCO DIVISION**

7   _____ )
    UNITED STATES,                       )     Action No.    CR 06-554 WHA
8                                        )
                        Plaintiff,       )     **STIPULATION AND ~~PROPOSED~~**
9                                        )     **ORDER TO CONTINUE STATUS**
                 v.                      )     **CONFERENCE TO AUGUST 1, 2017**
10                                       )
    MARCUS SEWELL.                       )
11                                       )
                        Defendant.       )
12                                       )
    _____ )
13

14          This matter is currently set for status conference on a Form 12 on July 18, 2017, at 1:30

15  p.m. Defense counsel, David Andersen, has developed a conflict for that date and will be out of

16  town. Accordingly, defense counsel requests a continuance to August 1, 2017, at 1:30 p.m. Both

17  the Government and Probation have been contacted regarding the proposed continuance, and

18  both have no objection.

19          IT IS SO STIUPLATED.

20
    DATED: July 11, 2017
21
                                              _____
22                                                         /s/
                                              David L. Andersen
23  DATED: July 11, 2017                      Attorney for Marcus Sewell

24                                            _____
                                                         /s/
25                                            Andrew F. Dawson
                                              Assistant United States Attorney
26

27

28

ANDERSEN & ZIMMER
385 GRAND AVE. SUITE 300
OAKLAND, CA 94610
(510)835-4952

U.S. v. Marcus Sewell CR 06-554 WHA
Stipulation for Continuance                    - 1 -

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court continues the status conference currently set for July 18, 2017, at 1:30 p.m. to August 1, 2017, at ~~1:30 p.m.~~ 2:00 p.m.

DATED: July __12_, 2017

_____
Hon. William Alsup
United States District Judge

U.S. v. Marcus Sewell CR 06-554 WHA