1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7019
7      FAX: (415) 436-7234
       andrew.dawson@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00554 WHA |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER |
| v. | |
| MARCUS LAMONT SEWELL, | |
| Defendant. | |

This matter is currently set for a status conference on a Form 12 on August 1, 2017. The parties have been informed by the Probation Officer that she requires additional time to conduct supplemental investigations related to the defendant's supervised release. The parties and the Probation Officer have conferred and propose that this matter be continued to September 5, 2017, at 2pm.

IT IS SO STIPULATED.

DATED: July 28, 2017                    _____/s/_____
                                        ANDREW F. DAWSON
                                        Assistant United States Attorney

//

STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER
NO. CR 06-00554 WHA

1 | DATED: July 28, 2017 /s/
DAVID ANDERSEN
2 | Attorney for Defendant Sewell
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER
NO. CR 06-00554 WHA

[PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court orders that the status conference currently set for August 1, 2017, be continued to September 5, 2017.

IT IS SO ORDERED.

DATED: July 31, 2017.

HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER
NO. CR 06-00554 WHA